UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JUSTIN GUESS, | ) |
|     *Plaintiff*, | ) Case No. 3:23-cv-84 ) ) Judge Travis R. McDonough |
| v. | ) ) Magistrate Judge Debra C. Poplin |
| TIM L. PIERCE, *et al.*, | ) ) |
|     *Defendants*. | ) ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED without prejudice**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

                                             **/s/** *Travis R. McDonough*
                                             **TRAVIS R. MCDONOUGH**
                                             **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
    s/ LeAnna R. Wilson
   CLERK OF COURT